IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| VS. | NO. 7:20-CR-29-001 (HL) |
| MAURICE A. RIDLEY | |

### ORDER

It is ORDERED AND DIRECTED that:

☐ the Clerk shall issue a SUMMONS directing the defendant to appear before the Court and answer said allegations.
  -or-
☒ the Clerk shall issue a BENCH WARRANT directing that the defendant be taken into custody of the United States Marshal Service and committed to the Attorney General pursuant to the Commitment Order dated October 26, 2022, and November 4, 2022, (CM/ECF doc# 77 and 79) .

SO ORDERED AND DIRECTED, this  8th  day of  September , 20 23 .

s/Hugh Lawson
HUGH LAWSON
SENIOR U.S. DISTRICT JUDGE