**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v.  : | CASE NO.: 7:20-CR-29 (WLS-TQL) |
| : | |
| MAURICE A. RIDLEY, : | |
| : | |
| Defendant. : | |
| : | |

**ORDER**

Before the Court is Defendant Maurice A. Ridley's ("Defendant") "Unopposed Motion for Release on Pretrial Release." (Doc. 90). Therein, Defendant asks the Court to grant him pretrial release until the Government's case against him is resolved. For the reasons discussed below, Defendant's Motion is **GRANTED**.

Defendant was indicted on August 11, 2020, in a two (2) count Indictment. (Doc. 1). Count I charged Defendant with Possession of a Firearm by a Prohibited Person. Count II charged Defendant with Possession of a Firearm with an Obliterated Serial Number. After an initial detention hearing on January 9, 2021, Defendant was released on a $15,000 unsecured bond. It appears that around August of 2022, Defense counsel became concerned as to Defendant's competency to proceed in the case and, on August 13, 2022, Defense counsel asked the Court to set a hearing to determine Defendant's competency.

A hearing was set for October 19, 2022, and was held before the Honorable Judge Hugh Lawson. On October 26, 2022, the Court entered an Order of Commitment (Doc. 77, 78) pursuant to 18 U.S.C. § 4241(d), finding Defendant incompetent by a preponderance of the evidence and committing Defendant to the custody of the Attorney General for treatment in a suitable facility to determine whether the Defendant may attain competency. (*Id.*) Defendant was ordered to be hospitalized for a reasonable period of time, not to exceed four months. (*Id.*) Defendant was scheduled to surrender at Federal Medical Center Butner ("FMC Butner") on August 8, 2023. (*See* Doc. 86) However, it appears that Defendant failed to surrender on this date and the Court issued a bench warrant for his detention pending

availability of a bed at FMC Butner. (*See* Doc. 86 at 1); (Doc. 83); (Doc. 88). By October 17, 2023, Defendant had been transported to FMC Butner and began his evaluation period.

On February 23, 2024, the Court received a notice that Defendant had arrived back to the Middle District of Georgia and was being held at Irwin County Detention Center. The Court, on February 26, 2024, received a sealed forensic psychiatric report (Doc. 93) compiled by a forensic psychologist at FMC Butner. The report opines that:

> Although [Defendant] is currently suffering from a mental disease or defect . . . the deficits are not of sufficient severity to render him not competent to stand trial . . . it is my opinion that [Defendant] possesses a factual and rational understanding of the proceedings against him, appreciates his situation in reference to those proceedings, and is able to assist in his defense in a reasonable, rational manner.

(Doc. 92 at 10).

Defendant filed the instant Motion for Pretrial Release on February 29, 2024. The Court finds, considering the Forensic Psychologist's Report from FMC Butler, and other documents in the record, that Defendant is no longer suffering from a mental disease or defect which renders him mentally incompetent. The Court does not find that an additional period of hospitalization would be necessary or appropriate, having considered the requirements of such an extension at 18 U.S.C. § 4241(d)(2)(A)-(B). Accordingly, Defendant's Motion for Pretrial release is **GRANTED**, Defendant is hereby **ORDERED** to be released pending trial, upon the same conditions set in the Order (Doc. 21) entered on January 8, 2021, or as otherwise ordered by the Court.

**SO ORDERED**, this 25th day of March 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**