# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:20-CR-29 (WLS-TQL) |
| MAURICE A. RIDLEY, | : |
| Defendant. | : |

## ORDER

Before the Court is Defendant Maurice A. Ridley's ("Defendant") *pro se* Motion to Appoint New Counsel ("the Motion"). (Doc. 75) which was filed on September 2, 2022. The Motion, however, remains pending to this day, and it is unclear whether Defendant maintains his position that the Court should appoint him new counsel, or whether he wishes to withdraw the motion. Accordingly, Defendant is **ORDERED** to file, through counsel, a notice on the docket no later than **Friday, April 12, 2024**, whether he maintains that the Court should appoint him counsel, and wishes the Court to rule on his September 2, 2022, Motion, or whether he wishes to withdraw that Motion.

**SO ORDERED**, this 4th day of April 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**