IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 7:20-CR-29 (WLS-TQL-1) |
| | : |
| MAURICE A. RIDLEY, | : |
| | : |
| Defendant. | : |
| | : |

# ORDER

Before the Court is Defendant Maurice A. Ridley's ("Defendant") *pro se* Motion to Appoint New Counsel ("the Motion") (Doc. 75) which was filed on September 2, 2022. Because the Motion was still pending when the case was transferred to the undersigned, the Court ordered Defense counsel, on April 4, 2024, to file a notice on the docket indicating whether Defendant maintained his position that the Court should appoint new counsel. (Doc. 101). On April 10, 2024, Defense counsel filed a Notice (Doc. 104) indicating that Defendant wished the Court to rule on his Motion.

The Court held a hearing on Defendant's Motion on April 23, 2024. This Order memorializes that hearing. After hearing from Defendant and Defense counsel *in camera*, the Court finds that Defendant has not shown good cause for the Court to discharge his appointed counsel. Accordingly, Defendant's Motion (Doc. 75) is **DENIED**. The parties were also noticed at the hearing that trial is specially set to begin on May 13, 2024, or as may otherwise be ordered by the Court.

**SO ORDERED**, this 24th day of April 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**